**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00633-REB-CBS

DONNA L. BROWN,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, d/b/a AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation For Dismissal With Prejudice** [#29][1] filed February 21, 2014.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation For Dismissal With Prejudice** [#29] filed February 21, 2014, is **APPROVED**;

    2.  That the combined Final Pretrial Conference and Trial Preparation Conference set February 28, 2014, are **VACATED**;

    3.  That the jury trial set to commence March 17, 2014, is **VACATED**; and

---

[1] "[#29]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's management system and electronic case filing  (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 24, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge